IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PAUL TEANEY,

    Plaintiff

v.                                                      Civil Action No.  3:13-cv-04211-L

KENNETH & COMPANY
HONEY DO SERVICES, LLC,
d/b/a KENNETH & COMPANY,

    Defendant

---

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Plaintiff PAUL TEANEY, through counsel, moves for summary judgment on all issues in this case except damages.

                                              Respectfully submitted,

                                              ROSS LAW GROUP

                                              By:
                                              *s/ Vijay Pattisapu*
                                              Vijay Pattisapu
                                              Texas Bar No. 24083633
                                              5956 Sherry Lane
                                              Suite 1000, PMB 106
                                              Dallas, TX 75225
                                              (214) 716-4597 Telephone
                                              (855) 867-4455 Facsimile
                                              vijay@rosslawgroup.com

                                              Counsel for Plaintiff

## Certificate of Service

     I certify that on September 19, 2014 I caused a copy of the foregoing document and attached brief, exhibits, and proposed order to be sent by U.S. mail to the following:

     Kenneth & Company Honey Do Services, LLC
     1507 Westfield Lane
     Rockwall, Texas 75032

     Defendant

                                        *s/ Vijay Pattisapu*
                                        Vijay Pattisapu